FILED
AUG -7 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)  Apple Account Associated with E-mail Address misakisinn@yahoo.co.jp | Case: 1:15-mc-01028 Assigned To : Kay, Alan Assign. Date : 8/6/2015 Description: Miscellaneous |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), and the Treaty Between the United States of America and Japan on Mutual Legal Assistance in Criminal Matters, U.S.-Japan, Aug. 5, 2003, S. TREATY DOC. NO. 108-12 (2003), requesting that the Court issue an Order requiring Apple Inc., an electronic communications service provider and/or a remote computing service located in Cupertino, California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Apple Inc. shall, within ten days of receipt of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

_____
United States Magistrate Judge

8-6-2016
Date

(N)

## ATTACHMENT A

### I. The Account

The Order applies to certain records and information relating to the Apple account associated with the e-mail address misakisinn@yahoo.co.jp and any preservation numbers associated therewith.

### II. Records and Other Information to Be Disclosed

Apple Inc. is required to disclose to the United States the following records and other information relating to the Apple account identified in Part I of this Attachment ("Account") for the time period from October 24, 2014, to and including November 3, 2014:

    A.    The following information about the customers or subscribers of the Account:

        1.    Names (including subscriber names, user names, and screen names);
        2.    Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
        3.    Local and long distance telephone connection records;
        4.    Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
        5.    Length of service (including start date) and types of service utilized;
        6.    Telephone or instrument numbers (including media access control ("MAC") addresses);
        7.    Other subscriber numbers or identities (including the registration IP address); and
        8.    Means and source of payment for such service (including any credit card or bank account number) and billing records.

    B.    All records and other information (not including the contents of communications) relating to the Account, including:

        1.    Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination IP addresses; and

2.  Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination e-mail addresses, IP addresses, and telephone numbers).